UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ISAAC SHAMOUN,

                Plaintiff,

-against-

BOARD OF TRUSTEES, LIQUOR SALESMEN'S
UNION LOCAL 2 PENSION FUND,
VINCENT FYFE, MARTIN MANN,
VINCENT VOLPE, ROBERT LENTO,
MATTHEW MATTASSA, and
STEVEN MERESMAN,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 5730 (SLT)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y:
★ AUG 2 7 2007 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on August 24, 2007, adopting the Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., dated July 12, 2007; and granting defendants' motion for summary judgment dismissing the action; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., is adopted in its entirety; and that defendants' motion for summary judgment dismissing the action is granted.

Dated: Brooklyn, New York
       August 24, 2007

s/RCH
_____
ROBERT C. HEINEMANN
Clerk of Court